**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **V.** | * | **WA:16-CR-143 RP** |
| | * | |
| **HAROLD ARCHIE LINDSAY III** | * | |

**DEFENDANT'S WRITTEN NOTICE OF APPEAL**

Notice is hereby given that HAROLD ARCHIE LINDSAY, III, Defendant in the above styled and numbered cause, hereby appeals to the United States Court of Appeals for the Fifth Circuit sitting in New Orleans, Louisiana from the judgment of conviction entered in this cause on November 7, 2016, and the sentence imposed by the District Court on December 14, 2016.

Respectfully submitted,

 /S/ *John Donahue*
JOHN DONAHUE
TBA #05968300
204 N. 6th St.
Waco, Texas  76701
(254) 752-9090
Fax (254) 753-1232
Texascriminalattorney@yahoo.com

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Motion was forwarded to the Assistant United States Attorney, on this 4th  day of  January , 2017.

 /S/ *John Donahue*
JOHN DONAHUE